Elissa D. Miller (CA Bar No. 120029)
emiller@sulmeyerlaw.com
Jason D. Balitzer (CA Bar No. 244537)
jbalitzer@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee

FILED & ENTERED

AUG 11 2016

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier     DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PRIZM INTERNATIONAL, INC.,<br><br>    Debtor. | Case No. 2:15-bk-23940-BR<br><br>Adv No. 2:16-ap-01205-BR<br><br>Chapter 7 |
| HOWARD M. EHRENBERG, Chapter 7 Trustee,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHEMTEX PRINT USA, INC., a California corporation,<br><br>    Defendant. | **DEFAULT JUDGMENT AGAINST DEFENDANT CHEMTEX PRINT USA, INC.**<br><br>Date:    August 2, 2016<br>Time:   10:00 a.m.<br>Place:  U.S. Bankruptcy Court<br>           Courtroom 1668<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

On August 2, 2016, the *Motion For Default Judgment Under LBR 7055-1* [Adv. Dkt. No. 11] (the "Motion") of Howard M. Ehrenberg, the duly appointed, qualified, and acting Chapter 7 trustee of the bankruptcy estate of the above-captioned debtor and plaintiff in the instant adversary proceeding (the "Plaintiff"), came on regularly for hearing before the above-entitled Court, the Honorable Barry Russell presiding. Appearances were as noted on the record.

The Court considered the Motion, the Plaintiff's memorandum of points and authorities in support thereof (the "MPA"), the declaration and exhibits appended to the MPA, the documents

JDB\ 2480056.1

and pleadings on file in this case, all judicially noticeable facts, the representations and arguments of counsel at the hearing on the Motion, and the failure of Chemtex Print USA, Inc. (the "Defendant") to timely answer the Plaintiff's complaint.  After due consideration, and after having found that notice of the Motion was proper, and after having further found that good cause exists for the relief requested therein, it is the determination of this Court that:

1. Judgment is entered in favor of the Plaintiff.

2. Plaintiff shall have judgment against the Defendant in the amount of $6,517.25, plus postjudgment interest thereon at the applicable legal rate established under 28 U.S.C § 1961.

# # #

Date: August 11, 2016

_____
Barry Russell
United States Bankruptcy Judge

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520